SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Paul L Pierre,<br><br>Plaintiff<br><br>v.<br><br>Capital One Bank (USA) NA, Allied Interstate Inc., AllianceOne Receivables Management Inc.<br><br>Defendant(s) | Case No:   4:10-cv-03684 |

### NOTICE OF SETTLEMENT

The parties, Paul L Pierre, Plaintiff and Cavalry Portfolio Services LLC, Capital One Bank (USA) NA, Allied Interstate Inc., AllianceOne Receivables Management Inc., Defendants, hereby give the Court notice that the parties have reached a settlement.

The above parties request sixty (60) days to complete the paperwork and file such with the Court, appropriately closing this file once the settlement has been completed.

s/Kimberly Soard
Law Offices of Kimberly Soard PC
Kimberly Soard
Attorney for Plaintiffs
Law Offices of Kimberly Soard PC
3722 Bristleleaf Dr
Katy, TX 77449
Tel: (281) 647-0899
Fax: (832) 553-3087

i

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the forgoing has been forwarded to all opposing counsel and parties and the Court electronically on this the 20th day of January 2011.

s/Kimberly Soard