IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Paul L. Pierre | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-10-3684 |
| | § | |
| Capital One Bank (USA) NA, | § | |
| Allied Interstate Inc., | § | |
| AllianceOne Receivables | § | |
| Management Inc. | § | |
| Defendants. | § | |

ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this cause of action has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within sixty (60) days after the entry of this order.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on this 21st day of January 2011.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE